THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MUJA-HID MUHAMMAD, Appellant.

Submitted May 3, 2010; decided June 8, 2010

Motion to vacate this Court's April 15, 2010 preclusion order granted.